IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ZHEN CHEN, Defendant. | PO 25-5200-GF-TJC<br><br>Violation No. E1383645<br>Location Code: M13<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
|---|---|

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss violation E1383645 is GRANTED. (Doc. 3.)

IT IS FURTHER ORDERED that the initial appearance scheduled for October 30, 2025, is VACATED.

DATED this 21st day of October, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1